IN THE CIRCUIT COURT FOR HOWARD COUNTY
Civil Division

JUANITA WILLIAMS                            *
5295 Rivendell Lane #4
Columbia, Maryland  21044                   *

    Plaintiff                              *

v.                                          *       Case No. _____

BEST BUY STORES, L.P.                       *
Serve:
    The Corporation Trust, Incorporated    *
    2405 York Road, Suite 201
    Lutherville, Maryland 21093             *

    Defendant                              *

*    *    *    *    *    *    *    *    *    *    *    *    *

## COMPLAINT

COMES NOW Juanita Williams, by and through her attorneys, Lloyd J. Eisenberg and Lloyd J. Eisenberg & Associates, and sues Best Buy Store, L.P., and for cause states:

1. The accident complained of occurred in Howard County.

2. On or about December 1, 2019, Juanita Williams (hereinafter the "Plaintiff") was returning a 58-inch televison at the customer service desk of Best Buy #263 in Elkridge, Maryland.

3. This store is owned and/or operated by or on behalf of Best Buy Stores, L.P. (hereinafter the "Defendant"), which does business in and derives substantial revenue from the State of Maryland.

4. As part of the return process, a customer service associate named Terrence (last name unknown), acting on behalf of the Defendant in the course and scope of his employment with Defendant, came around to the front of the counter next to the Plaintiff to check that all the

components were in the box.

5. As Terrence pulled the TV out of the box the corner struck the Plaintiff in the forehead.

6. As a result, the Plaintiff sustained serious bodily injury and required medical care and treatment. In addition, the Plaintiff suffered and continues to suffer physical pain and discomfort, mental anguish and psychological distress, incurred and will in the future incur medical bills and related expenses, and suffered permanent injuries including facial scarring.

7. Terrence owed the Plaintiff, among other things, a duty to act with care while inspecting the television being returned, to maintain full control of the television, and to ensure that it did not strike the Plaintiff.

8. Terrence breached his duty to the Plaintiff and acted in a negligent, reckless, and careless manner in that he failed to maintain control of the television being returned; he failed to ensure that it did not strike the Plaintiff; and he was otherwise negligent in his inspection of the television.

9. Terrence was so negligent in his inspection of the television being returned that he allowed it to strike the Plaintiff.

10. As a direct result of such negligence on the part of Terrence in his inspection and handling of the television being returned, the Plaintiff was proximately caused to suffer and continues to suffer the physical pain, mental anguish and psychological distress, permanent injury and scarring, and incurred and will in the future incur medical bills and related. All such injuries were proximately caused by Defendant's employee Terrence's negligence without any negligence on the Plaintiff's part contributing thereto.

11. Terrence was acting in the course of and within the scope of his employment. As

a result, the Defendant under the doctrine of *respondeat superior* is responsible for the consequences of his negligent acts and liable for damages arising therefrom.

WHEREFORE, the Plaintiff, Juanita Williams, claims compensatory damages against Defendant, Best Buy Stores, L.P., in a fair and just amount in excess of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00) plus interest and the cost of this action.

Respectfully submitted,

/S/ Lloyd J. Eisenberg
Lloyd J. Eisenberg CPF No. 8512010158
Lloyd@ljeassoc.com
LLOYD J. EISENBERG & ASSOCIATES
10632 Little Patuxent Parkway, Suite 430
Columbia, Maryland 21044
(301) 596-3636