**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

_____        *

**Plaintiff,**
                                *
**v.**                          Case No. _____
                                *
_____
                                *
**Defendant.**

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the _____

I certify that I am admitted to practice in this Court.

_____/s/_____

_____        _____
Date                            Signature

                                _____
                                Printed name and bar number

                                _____
                                Address

                                _____
                                Email address

                                _____
                                Telephone number

                                _____
                                Fax number